

Cornerstone Building
One Central Ave. W., Suite 101
St. Michael, MN 55376
Ph :763.515.6110
Fax : 763.226-2515
www.tmlawmn.com
chad@throndsetlaw.com

March 18, 2021

VIA EFILING AND EMAIL – leung_chambers@mnd.uscourts.gov
Magistrate Judge Tony N. Leung
U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

      Re:    Jeffrey Weisen v. Genuine Parts Company d/b/a NAPA Auto Parts
               Case No.: 20-cv-0071 (SRN/TNL)

Dear Magistrate Judge Leung,

      I am writing to inform the Court that this matter has been resolved. The parties are in the process of finalizing a confidential settlement agreement and the Pretrial Conference set for March 22, 2021 can be removed from the Court's calendar.  The parties intend to file a Stipulation for Dismissal and corresponding order when the confidential settlement agreement has been completed. Please contact my office should you have any questions or concerns.

                        Respectfully submitted,

                        /s/Chad A. Throndset

                        Chad A. Throndset

CAT/tjs

cc.    Patrick O'Neill
       David M. Wilk