UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey Weisen, | Case No. 21-CV-0071 (SRN/TNL) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Genuine Parts Company, *doing business as NAPA Auto Parts*, | |
| Defendant. | |

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 19, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge